IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN REGINALD POWELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-21-315-C |
| ) | |
| JIM FARRIS, Warden, ) | |
| ) | |
| Respondent. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Suzanne Mitchell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Mitchell entered a Report and Recommendation on July 7, 2021, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned recommendation of the Magistrate Judge. No point would be served in repeating that analysis. Petitioner does not specifically address either the factual recitation or the legal reasoning employed by the Magistrate Judge, but merely argues, without relevant legal analysis, that the conclusions are flawed. There is nothing asserted by the Petitioner which was not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection which would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, the petition is dismissed, as a second or successive habeas petition, and a judgment will enter.

IT IS SO ORDERED this 27th day of July 2021.

ROBIN J. CAUTHRON
United States District Judge